IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gunn, Kathy A | Case Number: 07 B 16038 |
| | Judge: Hollis, Pamela S |
| Printed: 4/22/08 | Filed: 9/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,831.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 3,831.00 |
| Totals: | 3,831.00 | 3,831.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 65,000.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 1,999.84 | 0.00 |
| 6. | Internal Revenue Service | Priority | 14,315.50 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 373.50 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 35.06 | 0.00 |
| 9. | US Auto Title Lenders Inc | Unsecured | 10,641.92 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 480.36 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 36.57 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 2,020.86 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 299.78 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 278.96 | 0.00 |
| 15. | Norych & Tallis | Unsecured | | No Claim Filed |
| 16. | American General Finance | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 95,482.35 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Gunn, Kathy A

Printed:  4/22/08

Case Number:  07 B 16038
Judge:  Hollis, Pamela S
Filed:  9/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____